# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

MICHAEL MARKLAND, et al            )
                                   )
v.                                 )    CV 513-128
                                   )
THE FIRM OF JOHNSTON AND           )
ASSOCIATES, INC., et al            )

## ORDER

The Plaintiffs have filed a Stipulation of Dismissal Without Prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1). This Dismissal is hereby GRANTED and all claims against the defendants are dismissed without prejudice. The Clerk is ordered to close this case.

SO ORDERED this 25 day of September, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA